IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| PADRE NTERPRISES, INC., et al., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | Case No. 4:11CV674 |
| | § | |
| HUGH GARY RHEA d/b/a | § | |
| RMP CROP INSURANCE | § | |
| | § | |
| Defendant. | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On July 2, 2014, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Plaintiffs' Motion Seeking Attorney Fees and Imposing Sanctions for Discovery Abuse (Dkt. 125) be GRANTED in part and DENIED in part and that Plaintiffs be awarded $6,000 in attorney's fees as costs.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the court. Therefore, Plaintiffs' Motion Seeking Attorney Fees and Imposing Sanctions for Discovery Abuse (Dkt. 125) is GRANTED in part and DENIED in part and Plaintiffs shall be

awarded $6,000 in attorney's fees as costs.

**IT IS SO ORDERED.**

**SIGNED this the 14th day of April, 2015.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE